# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**B.T. PALMER, A.Y. MARKS, M.N. FULTON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JAMES I. TILLMAN**
**CULINARY SPECIALIST SEAMAN (E-3), U.S. NAVY**

**NMCCA 201600117**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 14 December 2015.
**Military Judge**: CAPT Robert J. Crow, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Hospital, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: LT I.E. Paige, JAGC, USN.
**For Appellant**: LCDR Derek Hampton, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

**14 June 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court